The People of the State of New York, Respondent, 
against
Carlos Pena, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Alvin M. Yearwood, J.), rendered January 21, 2014, after a nonjury trial, convicting him of attempted criminal contempt in the second degree and harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Alvin M. Yearwood, J.), rendered January 21, 2014, affirmed.
The verdict convicting defendant of attempted criminal contempt in the second degree (see Penal Law §§ 110.00/ 215.50[3]) and harassment in the second degree (see Penal Law § 240.26[1]) was supported by legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's credibility determinations. There was ample evidence of defendant's guilt, including the testimony of the complainant, defendant's estranged wife, that defendant threatened to "kill" her, in violation of a valid order of protection, as well as the testimony of a police officer who observed the visibly upset complainant and her children shortly after the incident (see People v Kaplan, 125 AD3d 465 [2015], lv denied 25 NY3d 1203 [2015]; People v Delvecchio, 106 AD3d 624 [2013], lv denied 22 NY3d 955 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 22, 2018